**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: July 01, 2014
Docket #: 14-191cv
Short Title: Hart v. FCI Lender Services, Inc.

DC Docket #: 13-cv-6076
DC Court: WDNY (ROCHESTER)
DC Judge: Feldman
DC Judge: Siragusa

**NOTICE OF HEARING DATE**

**Argument Date/Time:**   Wednesday, August 27, 2014 at 10:00 a.m.
**Location:**   Thurgood Marshall U.S. Courthouse, 40 Foley Square,
New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**   10 minutes per side.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.
--------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Daniel A. Edelman
Firm Name (if applicable): Edelman Combs Latturner & Goodwin, LLC
Current Telephone Number: (312) 739-4200

The above named attorney represents: Mathew J. Hart
(x) Appellant/Petitioner   ( ) Appellee-Respondent ( )  Intervenor

Date: 07/01/2014          Signature: _____